THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. DAVIS, Appellant.

Submitted February 14, 2017; decided April 27, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.